JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE L. FULLER, | ) | No. CV 14-00977-CJC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R. E. BARNES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: August 19, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE